IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARRIE JONES**                                                                       **PLAINTIFF**

**v.**                         **NO: 4:23-cv-00034-MPM-JMV**

**WALMART STORES EAST, LP, ET AL.**                  **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 8, 2023, Magistrate Judge Jane Virden entered an order granting counsel for Plaintiff Carrie Jones leave to withdraw as counsel of record [18]. Judge Virden's order provided that Jones had sixty (60) days to retain new counsel or inform the court in writing of her intent to proceed *pro se*. The order further cautioned the Plaintiff that failure to respond accordingly would result in a recommendation of dismissal to the District Judge. A copy of the order with acknowledgment of receipt was mailed to Plaintiff at her address listed on the docket.

Plaintiff failed to respond, and accordingly, on August 17, 2023, Judge Virden entered a Report and Recommendation [19] in which she recommended that the action be dismissed. In so doing, she reminded the parties that any objections must be filed within fourteen (14) days. No such objections were filed by either party.

It is, therefore, **ORDERED** that the Report and Recommendation [19] entered by Magistrate Judge Jane Virden is **APPROVED AND ADOPTED** as the opinion of the Court, and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** this 12th day of September, 2023.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI